

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMANDIVISION OF STATE COUNSEL
ATTORNEY GENERALLITIGATION BUREAU

(212) 416-6046
November 17, 2016

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

     Re:    *Porter v. Bunch, et al.*, 16-cv-5935 (KMK)

Dear Judge Karas:

     This office has a received request for representation from Defendant Carol Liciago in the above-referenced case. The docket reflects that Defendant Liciago was served in this action, along with Defendant Michael Sorge, however we have not received a request for representation for Defendant Sorge. I write to respectfully request that the time for Defendants Liciago and Sorge be to respond to the Complaint be extended by sixty days, to January 16, 2016.[1]

     The grounds for this request are that this Office has only just received Defendant Liciago's request for representation, and Defendant Sorge is on an extended leave. As such, we will require additional time to obtain the pertinent files and documents, contact the Defendants, investigate the facts, and draft responsive papers.

     This is the first such request for an extension. Undersigned counsel has conferred with Plaintiff's counsel, who does not object to this request.

                                    Respectfully submitted,

                                      /s/
                                  Colleen K. Faherty
                                  Assistant Attorney General
                                  Colleen.Faherty@ag.ny.gov

---

[1] The docket states that the current due date for these defendants to respond to the Complaint is November 18, 2016.