UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN PORTER,

    Plaintiff,

-v-

NYS DOCCS SERGEANT TIMOTHY BUNCH, et al.,

    Defendants.

Case No. 16-CV-5935 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    The Court adopts the following scheduling order:

    Defendants shall file their Motion To Dismiss by no later than July 14, 2017. Plaintiff shall file opposition papers by no later than August 18, 2017. Defendants shall file reply papers by no later than September 1, 2017. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the Motion is decided.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    June 8, 2017
           White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE