

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

(212) 416-6046  
January 26, 2018

**By ECF**  
Honorable Kenneth M. Karas  
United States District Judge  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601-4150

Re: **Porter v. Bunch, et al.**, 16-cv-5935 (KMK)

Dear Judge Karas:

This Office represents Defendants Bunch, Gascho, Pappas, Liciaga, Cole, Waithe, and Sorge, in the above-captioned case. Pursuant to Your Honor's direction, I am writing to seek leave to move to dismiss certain claims in the Third Amended Complaint ("TAC"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion would be substantially similar to Defendants' previously fully-briefed motion, *see* ECF Nos. 53, 59; however, Defendants respectfully request leave to more fully address Plaintiff's voluminous additions made to the complaint. The TAC adds eleven pages of conclusory allegations, none of which state a claim against Defendants.

Defendants respectfully request that they be given until March 15, 2018, to file their motion to dismiss. Counsel has two forthcoming summary judgment motions—one which involves a defense on behalf of fourteen individual defendants—extensive discovery obligations in an employment discrimination case, and work-related travel.

Respectfully submitted,

Colleen K. Faherty  
Assistant Attorney General

cc: Ryan Lozar, *counsel* (via ECF)