The Law Office of Ryan Lozar, P.C.
305 Broadway, 14th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com



MEMO ENDORSED

MARCH 3, 2020

Re:   Porter v. Pappas, et al., No. 16 Civ. 5935 (KMK)

Dear Judge Karas:

I represent Plaintiff Melvin Porter in the above-captioned Section 1983 action alleging excessive force and related failure to intervene claims against Defendant DOCCS Officers.

I write with the Parties' joint request to enlarge their deadline to file pretrial papers until Friday, April 24, 2020. Currently, the Parties' deadline is March 27, 2020. Docket Entry 1/28/2020.

This is the first such request, and it is made because the Parties have begun settlement discussions which we hope may obviate the need for further pretrial proceedings before Your Honor. To that end, the Parties requested a first settlement conference with the Court, which the Hon. Judith C. McCarthy has scheduled for March 31, 2020. Docket No. 111; see also Docket No. 77 (settlement referral Order).

Thank you for your consideration.

Sincerely,

*Ryan Lozar*

Ryan Lozar

Granted.
So Ordered
*[signature]*
3/4/20