UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re: Civil Cases
16 Civ. 5935                       **SCHEDULING ORDER**
19 Civ. 7837
-------------------------------------------------------X

TO ALL PARTIES:

In order to slow the spread of COVID-19, the Court will hold all settlement conferences by telephone. Counsel shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

If counsel prefer an in-person settlement conference, they shall request, in writing, that the Court reschedule the settlement conference to a date at least 30 days from the date of this order.

Dated: March 16, 2020
       White Plains, New York

                                              **SO ORDERED:**

                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge