

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| LETITIA JAMES | DIVISION OF STATE COUNSEL |
| ATTORNEY GENERAL | LITIGATION BUREAU |

Writer's Direct Dial: (212) 416-8524

APRIL 10, 2020

**By ECF**
Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     Re:    *Porter v. Pappas, et al.*, 16 Civ. 5935 (KMK)

Dear Magistrate Judge McCarthy:

    This Office represents Defendants in the above-referenced action.  We write to respectfully request that the settlement conference scheduled for April 15, 2020 at 2:00 pm be adjourned until April 28 or 30, 2020.  The first session of the settlement conference was held on March 31, 2020.

    The reason for the request is that while Defendants are attempting to obtain additional settlement authority, it is unlikely that we will have a final decision in this regard for the next few weeks.  Therefore, it would not be productive to continue the conference at this time.  Plaintiff's counsel opposes this request, apparently because he intends to move to withdraw as Plaintiff's counsel.

    This is the first request for the relief requested herein. We thank the Court for its consideration of this issue.

                         Respectfully yours,

                           /s/
                        Bruce J. Turkle
                        Assistant Attorney General
                        (212) 416-8524

cc:  Ryan Lozar, Esq. (by ECF)